IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00153-KMT

JOSHUA EMIL RICHARDS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Judge Kathleen M. Tafoya on March 25, 2016, incorporated herein by reference, it is

ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner for rehearing in accordance with this Order.  It is

FURTHER ORDERED that Plaintiff is awarded costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Joshua Emil Richards, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED at Denver, Colorado this 25th  day of March, 2016.

                                          FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK
                                        s/S. Libid
                                          S. Libid, Deputy Clerk